IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
HATTIESBURG DIVISION

**STEVEN RIDDLE**                                                                           **PLAINTIFF**

**VERSUS**                                              **CIVIL ACTION NO: 2:05cv2033KS-JMR**

**BILLY MCGEE, Sheriff;**                                              **DEFENDANT(S)**
**SGT. GLENN NOBLES, and MIKE CLARK,**

### ORDER OF DISMISSAL

This cause is here before this Court on the Agreed Motion to Dismiss, of the parties for dismissal of the above styled and numbered cause pursuant to the provisions of Fed. R. Civ. P. 41(a)(2), with prejudice, and this Court, being fully advised in the premises, and noting the approval of all parties through their counsel hereon, this Court finds that the Motion is well taken and is hereby granted.

IT IS THEREFORE **ORDERED AND ADJUDGED** that the above styled and numbered cause be and it is hereby dismissed, with prejudice, with each party bearing their own costs.

SO ORDERED AND ADJUDGED this the 30th day of November, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

_____
STEVEN RIDDLE, Plaintiff

_____
EDWIN L. PITTMAN, JR., Defense Attorney
for Defendant in Forrest County Circuit Court

_____
JAMES K. DUKES, JR., Attorney for Defendants